ORIGINAL SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| v. | NO. **3-21CR0500-B** |
| DAVID BIAS (01) <br> RAYMOND GROSS (02) | |

NORTHERN DISTRICT OF TEXAS
FILED
OCT - 5 2021
CLERK, U.S. DISTRICT COURT
By_____ MB
Deputy

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the Indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until such time as the defendants named in the Indictment are apprehended and make an initial appearance in federal court, or until further order of the Court.   The government believes that the public release of the name of the defendant who has not been apprehended would undermine the pursuit of justice and possibly allow the defendant who has not been apprehended to flee, destroy evidence, or obstruct justice.   The government, however, requests that it be allowed to provide any apprehended defendant with a copy of the indictment.

//

//

[NO FURTHER INFORMATION ON THIS PAGE]

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8805
Email: lindsey.beran@usdoj.gov